NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RONALD S. KARPF,**

*Appellant*

---

2014-1773

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/074,053.

---

**JUDGMENT**

---

ANDREW V. TRASK, Williams & Connolly LLP, Washington, DC, argued for appellant. Also represented by ADAM LAWRENCE PERLMAN; CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Irving, TX.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 7, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |